```
 1  Ms. Juanita R. Sanders
    1441 Modoc Ave
 2  Menlo Park, Ca
    94025
 3  Pro Per
```

FILED
09 JAN 30 PM 2:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R. SANDERS,  )<br>            )<br>         Plaintiff )<br>            )<br>v.          )<br>            )<br>David Gurnett, et al.)<br>            )<br>         Defendants)<br>            )<br>_____) | No. C 08-04530 CRB<br><br>REQUEST TO PARTICIPATE IN ELECTRONIC CASE FILING PURSUANT TO CIVIL LOCAL RULE 5-4 AND GENERAL ORDER 45. |

To the Honorable Charles R. Breyer, United States District Judge: the plaintiff, Juanita R. Sanders in the above entitled action request from this court an order granting full participation in (ECF) Electronic Case Filing. As a Pro Se Litigant, this was a requirement to ask the Court for this permission.

Respectfully Submitted,

*Juanita R. Sanders*

Juanita R. Sanders
Pro Se.,

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA