United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA R. SANDERS,<br>    Plaintiff,<br>  v.<br>DAVID GURNETT,<br>    Defendant. | No. C 08-04530 CRB<br>**ORDER TO SHOW CAUSE** |

    Plaintiff Juanita Sanders, appearing *pro se*, filed a complaint against Defendants David Gurnett, Johol Parminder, Option One Mortgage Corporation, CT Corporation System, American Home Mortgage Servicing, Inc., and Wells Fargo Bank. See Dkt. #1. On March 23, 2009, the Court entered an order granting dismissal of all Defendants, except for David Gurnett as he was not party to any of the motions to dismiss. See Dkt. #31. The record reflects that service of process was returned unexecuted as to Defendant Gurnett. See Dkt. #20.

    In the March 23, 2009 Order, the Court dismissed Plaintiff's RICO claim with prejudice. The remaining state law claims were dismissed without prejudice to further state court proceedings. The Court will dismiss all claims against Defendant David Gurnett, if, by May 8, 2009, it does not receive a declaration from Plaintiff that shows cause why dismissal would be improper. The Court is particularly concerned about its subject matter jurisdiction

in this matter, as Plaintiff's RICO claim was held to be facially insufficient against the other Defendants.

**IT IS SO ORDERED.**

Dated: April 7, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE